1  ALEX G. TSE (CABN 152348)
   Acting United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  HELEN L. GILBERT (NYBN 4736336)
   Assistant United States Attorneys
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7021
7      FAX: (415) 436-7234
       helen.gilbert@usdoj.gov
8
   Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 18-157 HSG |
| Plaintiff, | STIPULATION AND ORDER EXCLUDING TIME FROM JUNE 25, 2018 THROUGH JULY 2, 2018 |
| v. | |
| KEITH WOODSON, a/k/a "Do Man," | |
| Defendant. | |

Plaintiff United States of America and defendant Keith Woodson, by and through their respective counsel of record herein, hereby stipulate as follows:

1. On May 21, 2018, the parties appeared before the Court for status. The next status conference in this case was scheduled for June 25, 2018. On June 12, 2018, the Court continued the status conference to July 2, 2018.

2. The Court previously excluded time until June 25, 2018 from the time in which the defendant must be brought to trial under the Speedy Trial Act. The parties jointly stipulate now to exclude the time between June 25, 2018 and July 2, 2018, from the time in which the defendant must be brought to trial pursuant to the Speedy Trial Act, 18 U.S.C. § 3131 *et al*. The defendant and his counsel continue to review the discovery produced by the government, and the government will continue to

produce discovery to the defendant. Therefore, the parties agree that the time period of June 25, 2018 through July 2, 2018, inclusive, should be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(i) and (h)(7)(B)(iv) on the basis that the ends of justice served by the continuance outweigh the best interests of the public and defendant in a speedy trial, and failing to exclude time between June 25, 2018 through July 2, 2018, would deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

IT IS SO STIPULATED.

DATED: June 12, 2018                    Respectfully submitted,

                                        ALEX G. TSE
                                        Acting United States Attorney


                                        /s/
                                        HELEN L. GILBERT
                                        Assistant United States Attorneys


                                        /s/
                                        JOYCE LEAVITT
                                        Attorney for Keith Woodson

## Attestation of Filer

In addition to myself, the other signatory to this document is Joyce Leavitt. I attest that I have her permission to enter a conformed signature on her behalf and to file the document.

DATED: June 12, 2018                    /s/
                                        HELEN L. GILBERT
                                        Assistant United States Attorney

# **ORDER**

Based upon the representations of counsel and for good cause shown, the Court finds that failing to exclude the time between June 25, 2018 through July 2, 2018, would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between June 25, 2018 through July 2, 2018, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendants in a speedy trial. Therefore, **IT IS HEREBY ORDERED** that the time between June 25, 2018 through July 2, 2018, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: June 13, 2018

HONORABLE HAYWOOD S. GILLIAM, JR.
United States District Judge